Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−17049−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette J. Lohsen
   aka Toni J. Lohsen
   17 Oregon Avenue
   Hazlet, NJ 07730

Social Security No.:
   xxx−xx−9706

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/19/20 at 09:00 AM

to consider and act upon the following:

*30* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/10/2020. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/5/20

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court