Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–17049–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Antoinette J. Lohsen
aka Toni J. Lohsen
17 Oregon Avenue
Hazlet, NJ 07730

Social Security No.:
xxx–xx–9706

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Antoinette J. Lohsen
        Debtor

Case No. 17-17049-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 04, 2020
                             Form ID: 148              Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Antoinette J. Lohsen,   17 Oregon Avenue,   Hazlet, NJ 07730-2215
516916495      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516753699      +Eckert Seamans,   Gateway IV Suite 401,   100 Mulberry St,   Newark, NJ 07102-4056
516753700      +Fein Such Kahn & Shepard,   7 Century Drive,   Suite 201,   Parsippany, NJ 07054-4673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:12      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516753698       EDI: BANKAMER.COM Mar 05 2020 04:13:00      Bank of America,   PO Box 982236,
                 El Paso, TX 79998-2236
516898628       EDI: IRS.COM Mar 05 2020 04:13:00      IRS,   POB 7346,   Philadelphia, PA  19101-7346
516753702       E-mail/Text: jennifer.chacon@spservicing.com Mar 04 2020 23:40:05
                 Select Portfolio Servicing Inc,   PO Box 65250,   Salt Lake City, UT 84165-0250
516753703       E-mail/Text: jennifer.chacon@spservicing.com Mar 04 2020 23:40:05
                 The Bank of New York Mellon,   c/o Select Portfolio Servicing,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                       TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517026626       THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
516953144*      IRS,   POB 7346,   Philadelphia, PA  19101-7346
516753701*      Internal Revenue Service,   Insolvency Unit,   PO Box 744,   Springfield, NJ 07081
517028464*      Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                           TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        R. A. Lebron   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK
         OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK,
         N.A., AS TRUSTEE FOR BEAR STEARNS ASSET BANK bankruptcy@feinsuch.com
        Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
         York as successor-in-interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset
         Backed Securities Trust 2006-SD2 Asset-Backed Certificat rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        Warren  Brumel   on behalf of Debtor Antoinette J. Lohsen wbrumel@keyportlaw.com,
         brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                           TOTAL: 5