Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–17049–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antoinette J. Lohsen
   aka Toni J. Lohsen
   17 Oregon Avenue
   Hazlet, NJ 07730
Social Security No.:
   xxx–xx–9706
Employer's Tax I.D. No.:

---

### FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 14, 2020</u>                    <u>Christine M. Gravelle</u>
                                   Judge, United States Bankruptcy Court